IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ALEJANDRO MARTIN PONCE, Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. M-7:12-224 |
| REGIS CORPORATION, Defendant. | § § § | |

## FINAL JUDGMENT

On October 28, 2013, the above styled and numbered civil action came on to be heard before the honorable United States District Court. Plaintiff Alejandro Martin Ponce appeared in person and by and through his attorneys of record, Jorge A. Green and Brian M. Hull, and announced ready for trial. Regis Corporation, Defendant, appeared in person (by the appearance of a corporate representative) and by and through its attorney of record, Joseph Finegan, and also announced ready for trial. Having been previously demanded, a jury consisting of twelve qualified jurors was duly empaneled by the Court and the cause proceeded to trial.

At the conclusion of the evidence, the Court found as a matter of law that the Defendant was liable to the Plaintiff for his damages, if any. The Court then submitted the question of fact in the case to the jury. The charge of the Court and the verdict of the jury are incorporated and/or adopted here by reference for all purposes, as if set forth verbatim. Because it appears to the Court that the verdict of the jury was for the Plaintiff and against the Defendant, judgment should be rendered on the verdict in favor of Plaintiff Alejandro Martin Ponce as follows:

As to liability, the Court determined that the Defendant Regis Corporation was negligent.

As actual damages, the jury found that Plaintiff Alejandro Martin Ponce had suffered damages in the amount of TWO HUNDRED FIFTY THOUSAND EIGHTY FIVE AND NO/100 DOLLARS ($250,085.00).

With regard to prejudgment interest, the Court finds that:

1) prejudgment interest shall begin on May 25, 2012, which is the day Plaintiff filed suit in this case;

2) prejudgment interest shall be calculated at the rate of five percent (5%) per annum simple interest;

3) the amount of prejudgment interest to which Plaintiff Alejandro Martin Ponce is entitled to is EIGHTEEN THOUSAND FIFTY FOUR AND 08/100 DOLLARS ($18,054.08).

The court also finds that Plaintiff incurred EIGHT HUNDRED SEVENTY SEVEN AND NO/100 DOLLARS ($877.00) in taxable court costs and that these costs are recoverable.

IT, THEREFORE, ORDERED ADJUDGED AND DECREED that:

A. Plaintiff Alejandro Martin Ponce have and he is hereby granted judgment against Defendant Regis Corporation in the amount of TWO HUNDRED FIFTY THOUSAND EIGHTY FIVE AND NO/100 DOLLARS ($250,085.00), plus pre-judgment interest in the amount of EIGHTEEN THOUSAND FIFTY FOUR AND 08/100 DOLLARS ($18,054.08), plus taxable court costs in the

amount of EIGHT HUNDRED SEVENTY SEVEN AND NO/100 DOLLARS ($877.00) for a total judgment amount of TWO HUNDRED SIXTY NINE THOUSAND SIXTEEN AND 08/100 DOLLARS ($269,016.08)

B. The judgment granted herein shall bear interest from and include the date of judgment until paid at the rate of eleven one-hundredths of one percent (11%) [handwritten: 0.13%] per annum compounded annually; and

C. All relief not specifically granted herein is expressly denied.

SIGNED AND ORDERED FOR ENTRY this 26th day of Nov, 2013.

_____
U.S. District Court Judge Micaela Alvarez

AGREED AS TO FORM ONLY:

_____
BRIAN M. HULL
State Bar No. 24047358 / USDC No. 982255
THE GREEN LAW FIRM, PC
34 S. Coria
Brownsville, Texas 78520
Facsimile (956) 542-7026
*Attorney for Plaintiff*

_____
JOSEPH P. FINEGAN
State Bar No. 24039569 / USDC No. 33675
UPTON, MICKETS & HEYMANN, LLP
802 N. Carancahua, Ste. 450
Corpus Christi, Texas 78401
361.884.5291 Facsimile
*Attorney for Defendant*